*The Farmer's Loan and Trust Co.* v. *Philo H. Perry et al.* C. STEVENS, for complainants; S. M. WOODRUFF, for defendant. Exceptions to master's report. The first and second exceptions to report allowed and the third disallowed;

without costs to either party upon the reference, or upon the hearing of exceptions to the report. But defendant directed to pay the costs of drawing the exceptions which are submitted to or finally allowed.